IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON SMITH,**<br><br>                             Plaintiff,<br><br>      v.<br><br>**SHAWN HATTON, et al.,**<br><br>                             Defendants. | Case No. 17-CV-04030-BLF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE DISPOSITIVE MOTION, NUNC PRO TUNC** |

    Defendants Hatton, Khan, Kelley, Brown, Patterson, Salas, and Rodriguez moved to change the time, nunc pro tunc, by three days, to file a reply. Having read and considered Defendants' motion to change time and the declaration of Defendants' counsel supporting the motion, and for good cause appearing, Defendants' motion is **GRANTED**.

    Defendants' reply is considered timely filed as of May 17, 2018. Defendants do not need to refile their reply brief.

    **IT IS SO ORDERED.**

Dated: __6/28/2018__

*/s/ Beth Labson Freeman*
The Honorable Beth Labson Freeman
United States District Court Judge