UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SMITH, | Case No. 17-04030 BLF (PR) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SHAWN HATTON, et al., | |
| Defendants. | |

The Court has dismissed all claims against Defendants and granted their motion to dismiss and motion for summary judgment. Judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

**Dated:** August 14, 2019

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.17\04030Smith_judgment